UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WILLIAM M. COOK, III,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-0421-MAT<br><br><br><br>~~PROPOSED~~ ORDER AMENDING<br>THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 12, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including September 26, 2011, to file an optional reply brief.

**The parties should note that length of this extension (61-days) is unusual and will not typically be granted unless circumstances warrant. No further extensions will be granted absent additional exceptional circumstances.**

Page 1     ORDER - [C11-0421-MAT]

DATED this 15th day of July, 2011.

						_____
						Mary Alice Theiler
						United States Magistrate Judge

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG, WSB #42479
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
brett.eckelberg@ssa.gov